00 FEB 16 PM 4:18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MONIQUE II, LTD., a Nevada Limited Liability Company, | CASE NO.: 00-6152-CIV-DIMITROULEAS |
| Plaintiff, | MAGISTRATE JUDGE: JOHNSON |
| vs. | |
| MAGNUM MARINE CORPORATION, a Florida corporation, | |
| Defendant. | |

## DEFENDANT'S NOTICE OF FILING OF EXHIBITS TO MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW

**COMES NOW** the Defendant, MAGNUM MARINE CORPORATION ("MAGNUM"), by and through its undersigned counsel, and files the following Composite Exhibit "A" in support of its February 16, 2000 Motion to Dismiss with Incorporated Memorandum of Law. Composite Exhibit "A" consists of a Statement of Acceptance, the Magnum Limited Warranty, and the Power of Attorney.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail, this 16th day of February, 2000 to **Robert R. Edwards, Esq.,** Bosshardt & Edwards, P.A., 1600 S.E. 17th Street Causeway, Suite 405, Fort Lauderdale, Florida 33316.

CASE NO.: 00-6152-CIV-DIMITROULEAS
PAGE -2-

MITCHELL & ASSOCIATES, P.A.
Attorneys for Defendant
2650 Biscayne Boulevard
Miami, Florida 33137
Telephone No.: (305) 358-1405
Facsimile No.: (305) 576-0771


By: _____
GEORGE O. MITCHELL
Florida Bar No.: 055802
LARS O. BODNIEKS
Florida Bar No.: 888265

J:/7835/PLEADINGS/NOTICE.FILING



MAGNUM MARINE CORPORATION
2900 NORTHEAST 188TH STREET
NORTH MIAMI BEACH, FL 33180
TEL (305) 931-4292 FAX # (305) 931-0088

CLIENT: Monique II, Ltd.         DATE: December 16, 1999
HIN:    USMAG50015B900

## STATEMENT OF ACCEPTANCE

I, Kurt Bosshardt, as authorized representative of Monique II, Ltd., acknowledge to have fully inspected and tested the Magnum 50' named "Monique of Kingstown" Identification Number: USMAG50015B900, which I confirm to be in perfect condition, running and otherwise, and to correspond completely to the boat ordered by us and represented to us by Magnum Marine Corporation.

I acknowledge that I have been made aware of all operating procedures which we follow diligently. I also have read and accept the Magnum "Limited Warranty".

As the authorized representative of Monique II Ltd., owner of this Magnum boat, I hereby confirm that the vessel has been delivered to us by Magnum pursuant to the Sales Agreement and I hereby take consignment thereof forthwith.

By: _____
    Kurt Bosshardt as legal representative

Date: _17 December 1999_____

Witness: _____



# Magnum Marine

MAGNUM MARINE CORPORATION
2900 NORTHEAST 188TH STREET
NORTH MIAMI BEACH, FL 33180
TEL: (305) 931-4292 FAX # (305) 93...

Client: Monique II, Ltd.
Hull #: USMAG50015B900

Date: December 16, 1999
Yacht Name: MONIQUE

## MAGNUM LIMITED WARRANTY

MAGNUM MARINE CORPORATION, hereinafter referred to as "MAGNUM":

1. THERE ARE NO EXPRESS WARRANTIES ON PRODUCTS MANUFACTURED BY "MAGNUM" EXCEPT THAT "MAGNUM" warrants to the original purchaser the hulls manufactured by it to be free of defects in material and workmanship under normal use and services, for a period of one (1) year from the date of purchase.

2. "MAGNUM'S" liability under this warranty is exclusively limited to the replacement or repair, in its discretion, of any defective materials and the repair or correction of defective workmanship, in its discretion, provided however that no obligation under such warranty shall arise unless the purchaser has given MAGNUM MARINE CORPORATION at 2900 N.E. 188TH Street, Aventura, Florida 33180, prompt written notice upon the discovery of any such defective materials or workmanship and the purchaser shall have delivered the hull at the purchaser's expense to the MAGNUM MARINE factory or such facility as "MAGNUM" shall designate, and MAGNUM MARINE CORPORATION shall have a reasonable time after receipt of such notice and delivery to make such replacement, repair or correction.

3. "MAGNUM" makes no warranty whatsoever as to engines, windshields, gel coats, chrome and appearance items, upholstery, fuel tanks, together with their related connections, or hoses and fittings, chrome plated anodized and aluminum finishes or color fastness of materials and the purchaser shall rely solely upon the warranty, if any, of the manufacturer thereof. Purchaser confirms that "MAGNUM'S" warranty does not apply to the foregoing items and agrees to deal directly with the manufacturers of such components, confirming "MAGNUM'S" lack of warranty in this regard.

4. "MAGNUM'S" warranty shall not apply to speeds, fuel consumption and other performance characteristics because they are estimated and not guaranteed.

5. "MAGNUM'S" warranty shall not apply to any "MAGNUM" boat which has been used in racing; subjected to misuse, negligence or accident, or which shall have been repaired or altered by anyone, other than MAGNUM MARINE CORPORATION or its designee.

6. THE DURATION OF ANY IMPLIED WARRANTY OF MERCHANTABILITY OR WARRANTY FOR FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE, SHALL BE LIMITED TO AND COINCIDENT WITH THE DURATION OF THIS EXPRESS WARRANTY. The replacement or repair of defects in material and workmanship as stated in this warranty shall be the sole remedy of the purchaser and the sole liability of the manufacturer under this warranty and any implied warranties. MAGNUM SHALL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO, LOSS OF TIME, INCONVENIENCE, LOSS OF USE PROPERTY DAMAGE OR ANY OTHER INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGE ARISING OUT OF DEFECTIVE MATERIALS, WORKMANSHIP AND/OR DESIGN.

7. THIS WARRANTY IS EXPRESSLY IN LIEU OF ANY NON-CONTRACTUAL LIABILITIES, INCLUDING PRODUCT LIABILITIES BASED UPON NEGLIGENCE OR STRICT LIABILITY.

8. No agent, employee, or representative of "MAGNUM", nor any other person has any authority to bind "MAGNUM" at any time to any affirmation, representation, or warranty concerning boats sold hereunder nor to alter or waive any provision hereof, by course of conduct or otherwise, nor shall any change of any nature whatsoever of the terms of this warranty or disclaimer be valid unless executed in writing by an authorized officer of MAGNUM MARINE and "MAGNUM" neither assumes nor authorizes any other person to assume for it any liability or obligation whatsoever in connection with such new boats.

ACCEPTED & AGREED TO BY: _____ as legal representative of Monique II, Ltd. of Kingstown
KURT BOSSHARDT

Date Signed & Accepted: 17 December 1999           Witness: _____

## POWER OF ATTORNEY

BY THIS POWER OF ATTORNEY made this 22nd day of November, 1999, Monique II, LLC, a limited liability company organized under the laws of the state of Nevada (hereinafter called "the company") appoints KURT E. BOSSHARDT ("the Attorney-in-Fact") to be the true and lawful Attorney-in-Fact authorized to deal with all matters in connection with the purchase of the 50(feet), Magnum 50 Bestia (make) motoryacht, to be named "Monique", and to sign any and all documents necessary to perfect same.

AND the Company hereby agrees at all times to ratify and confirm whatsoever the Attorney shall lawfully do and cause to be done in or about the premises by virtue of these presents.

IN WITNESS WHEREOF the Company has executed this Deed by its duly authorized officers the day and year first before written.

Executed as a Deed.

MONIQUE II, LLC

By: _____
JOHN MICHAEL BROWN, Manager

STATE OF Hawaii    )
                   : ss.
COUNTY OF Honolulu )

On November 22nd, 1999, personally appeared before me, a notary public, JOHN MICHAEL BROWN personally known (or proved) to me to be the person whose name is subscribed to the foregoing POWER OF ATTORNEY, who acknowledged to me that he executed the foregoing document.

_____ Nora Hajinelian
NOTARY PUBLIC

My Commission Expires: May 2, 2000