UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6152-CIV-DIMITROULEAS

MONIQUE II, LTD., a Nevada
Limited Liability Corporation,

    Plaintiff,

vs.

MAGNUM MARINE CORPORATION,
a Florida corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

    Plaintiff Monique II, Ltd. voluntarily dismisses this action without prejudice pursuant to an agreement with the Defendant under which Plaintiff and Defendant will seek to resolve their dispute. Each party will bear its own fees and costs, without prejudice to the right of either party to include fees and costs incurred to date in taxation of any fees and costs awarded pursuant to subsequent litigation arising out of the same dispute.

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail and facsimile transmission this 17th day of February, 2000, upon George O. Mitchell, Esq.,

1



MITCHELL & ASSOCIATES, P.A., Attorneys for Defendant, 2650 Biscayne Blvd., Miami, FL 33137-4590.

                                      BOSSHARDT & EDWARDS, P.A.
                                      Attorneys for Plaintiff
                                      1600 S.E. 16th Street Causeway, Suite 405
                                      Ft. Lauderdale, Florida 33316
                                      (t) (954) 764-7772
                                      (f) (954) 764-8176

By: _____
                                      Robert R. Edwards, Esq.
                                      Fla. Bar No. 770851