UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6152-CIV-DIMITROULEAS

MONIQUE II, LTD., a Nevada
Limited Liability Company,

    Plaintiff,

vs.

MAGNUM MARINE CORPORATION,
a Florida corporation,

    Defendant.



### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [filed February 22, 2000]. The Court has carefully reviewed the file and is otherwise fully advised in the premises.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**;

2. All pending motions in this case are hereby **DENIED AS MOOT**;

3. The Clerk shall close this case;

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Robert R. Edwards, Esq.
George O. Mitchell, Esq.

